IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS PENSION FUND et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | No.  06-3024 |
| BUCK DEAN EXCAVATING, LLC | ) ) | |
| Defendant. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This is before the Court on Plaintiffs' Motion for Default Judgment (d/e 8), and the Court having reviewed said Motion and other pleadings, and the Complaint having been duly filed and served upon Defendant, BUCK DEAN EXCAVATING, INC., and the Defendant having failed to answer or otherwise plead within the statutory time frame, the Plaintiffs are hereby awarded a Default Judgment against Defendant, BUCK DEAN EXCAVATING, INC., as follows:

A.   Judgment is entered in favor of Plaintiffs and against Defendant for audit liability in the amount of $19,622.21 for the period of July 1,

2004 through December 31, 2005, delinquent contributions in the amount of $1,484.35 for the period of March 1, 2006 through April 30, 2006 and liquidated damages in the amount of $1,223.22; and further, any unpaid contributions and liquidated damages unpaid at the time Judgment is rendered.

    B.   Defendant is ordered to perform and continue to perform all its obligations to the Plaintiffs, particularly to furnish to the Plaintiffs the required contribution reports and payments; and

    C.   Defendant is ordered to pay to the Plaintiffs its attorney fees in the amount of $2,204.50, as provided by ERISA, 29 U.S.C. § 1132(g)(2); and

    D.   Defendant is ordered to pay all costs attendant to the cost of these proceedings.

IT IS THEREFORE SO ORDERED.

ENTER:   June 19, 2006.

    FOR THE COURT:

                      s/ Jeanne E. Scott
                        JEANNE E. SCOTT
              UNITED STATES DISTRICT JUDGE